IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAR 0 6 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| In the Matter of the Search of: | MJ-17-011-M-JCL |
| 409 West Park Avenue, Anaconda, MT 59711 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 6th day of March, 2017.

Jeremiah C. Lynch
United States Magistrate Judge

SCANNED